IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  COLOPLAST CORP.
        PELVIC SUPPORT SYSTEMS
        PRODUCTS LIABILITY LITIGATION

        MDL 2387

THIS DOCUMENT RELATES TO THE
CASE(S) IN EXHIBIT A ATTACHED HERETO

### INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Coloplast Corp.[1] ("Coloplast") have agreed to a settlement model with regard to Coloplast. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the Court.

    2.    That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

3.      Plaintiffs and Coloplast may submit an agreed order of dismissal with prejudice on or before August 1, 2016; otherwise the cases on Exhibit A will be dismissed without prejudice.

The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. If a plaintiff rejects her offer of settlement, a motion to reinstate her case may be made to the Court. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2387 and in the individual cases listed on the attached Exhibits A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – KLINE & SPECTER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-01635 | Jennifer Loftin v. Coloplast Corp. |
| 2:13-cv-02875 | Debra Pate v. Coloplast Corp. |
| 2:13-cv-02877 | Debbra Dorsey, et al. v. Coloplast Corp. |
| 2:13-cv-06217 | Mary Fitts, et al. v. Coloplast Corp. |
| 2:13-cv-07163 | Baerbel Fehlhaber Nelles, et al. v. Coloplast Corp. |
| 2:13-cv-07164 | Betty Lamp v. Coloplast Corp. |
| 2:13-cv-08679 | Cheryl N. McPherson, et al. v. Coloplast Corp. |
| 2:13-cv-09717 | Frances Woodward, et al. v. Coloplast Corp. |
| 2:13-cv-11084 | Wanda Faye Patton v. Coloplast Corp. |
| 2:13-cv-13288 | Carolyn Silveira, et al. v. Coloplast Corp. |
| 2:13-cv-13687 | Henrietta Polk v. Coloplast Corp. |
| 2:13-cv-14243 | Kim Schaefer, et al. v. Coloplast Corp. |
| 2:13-cv-14659 | Rosemarie Shannon v. Coloplast Corp. |
| 2:13-cv-15044 | Teresa Poulos, et al. v. Coloplast Corp. |
| 2:13-cv-15338 | Amy Radford v. Coloplast Corp. |
| 2:13-cv-15418 | Shelly Coulter v. Coloplast Corp. |
| 2:13-cv-17980 | Kathy Brummett, et al. v. Coloplast Corp. |
| 2:13-cv-23076 | Alice Karnavas, et al. v. Coloplast Corp. |

| | |
|---|---|
| 2:13-cv-23275 | Diana Vaughan, et al. v. Coloplast Corp. |
| 2:13-cv-23547 | Patricia Carole v. Coloplast Corp. |
| 2:13-cv-27459 | Mary Loveless, et al. v. Coloplast Corp. |
| 2:13-cv-29012 | Robin L. Daugherty v. Coloplast Corp. |
| 2:13-cv-29784 | Regenia Flowers v. Coloplast Corp. |
| 2:13-cv-30831 | Patricia Jordan, et al. v. Coloplast Corp. |
| 2:13-cv-30836 | Iris Thomas, et al. v. Coloplast Corp. |
| 2:13-cv-31101 | Sharon Griffith v. Coloplast Corp. |
| 2:13-cv-31134 | Natalie White v. Coloplast Corp. |
| 2:13-cv-31265 | Kathy Cain, et al. v. Coloplast Corp. |
| 2:14-cv-06197 | Carolyn A. Heard, et al. v. Coloplast Corp. |
| 2:14-cv-07402 | Leatha Hensley, et al. v. Coloplast Corp. |
| 2:14-cv-08005 | Cathy Dewitt v. Coloplast Corp. |
| 2:14-cv-11754 | Weynona Omega Garvin, et al. v. Coloplast Corp. |
| 2:14-cv-11756 | Bethellee C. Kinker v. Coloplast Corp. |
| 2:14-cv-13019 | Joanne Vincent, et al. v. Coloplast Corp. |
| 2:14-cv-14308 | Debra Danehy v. Coloplast Corp. |
| 2:14-cv-14625 | Iona Ewald v. Coloplast Corp. |
| 2:14-cv-15575 | Susan Santapaola v. Coloplast Corp. |
| 2:14-cv-15589 | Sylvia Newsom, et al. v. Coloplast Corp. |
| 2:14-cv-16760 | Colleen Rose v. Coloplast Corp. |
| 2:14-cv-16762 | Monica Sarafian v. Coloplast Corp. |

| | |
|---|---|
| 2:14-cv-17917 | Marisol Bonilla, et al. v. Coloplast Corp. |
| 2:14-cv-17930 | Patricia Mackey v. Coloplast Corp. |
| 2:14-cv-19782 | Mary Madison v. Coloplast Corp. |
| 2:14-cv-24427 | Monique Dillard-Murray, et al. v. Coloplast Corp. |
| 2:14-cv-24494 | Connie Nance, et al. v. Coloplast Corp. |
| 2:14-cv-25356 | Vickie Clements, et al. v. Coloplast Corp. |
| 2:14-cv-27316 | Jolene Jacobsen v. Coloplast Corp. |
| 2:14-cv-27714 | Theresa Barnett v. Coloplast Corp. |
| 2:14-cv-28715 | Melissa Leary, et al. v. Coloplast Corp. |
| 2:14-cv-28722 | Sandy Ray, et al. v. Coloplast Corp. |
| 2:14-cv-28724 | Kem Lioy, et al. v. Coloplast Corp. |
| 2:14-cv-28730 | Carol Phillips, et al. v. Coloplast Corp. |
| 2:14-cv-30119 | Kathleen Morgan, et al. v. Coloplast Corp. |
| 2:15-cv-00082 | Maria R. Fernandez, et al. v. Coloplast Corp. |
| 2:15-cv-00185 | Linda Lamb v. Coloplast Corp. |
| 2:15-cv-00803 | Barbara Reynolds, et al. v. Coloplast Corp. |
| 2:15-cv-01260 | Deborah Southerly v. Coloplast Corp. |
| 2:15-cv-01602 | Dorothy Tallon, et al. v. Coloplast Corp. |
| 2:15-cv-01604 | Barbara L. Reynolds v. Coloplast Corp. |
| 2:15-cv-01767 | Lorraine Hersey v. Coloplast Corp. |
| 2:15-cv-02491 | Carol Crawford, et al. v. Coloplast Corp. |
| 2:15-cv-02650 | Kristen Scinto, et al. v. Coloplast Corp. |

| | |
|---|---|
| 2:15-cv-03309 | Kathleen Wheat v. Coloplast Corp. |
| 2:15-cv-04289 | Rebecca Garcia v. Coloplast Corp. |
| 2:15-cv-04402 | Norma Lucero v. Coloplast Corp. |
| 2:15-cv-05203 | Cynthia Harman v. Coloplast Corp. |
| 2:15-cv-05919 | Ellen Hodges, et al. v Coloplast Corp. |
| 2:15-cv-06586 | Heather Hammock-Giles v. Coloplast Corp. |
| 2:15-cv-07091 | Deborah Stone, et al. v. Coloplast Corp. |
| 2:15-cv-07127 | Janet Talpai v. Coloplast Corp. |
| 2:15-cv-08101 | Anadelia Saldivar, et al. v. Coloplast Corp. |
| 2:15-cv-08102 | Linda Niles v. Coloplast Corp. |
| 2:15-cv-09559 | Rhonda Liebert, et al. v. Coloplast Corp. |
| 2:15-cv-11919 | Bonnie Walker, et al. v. Coloplast Corp. |
| 2:15-cv-11995 | Amber Hollier v. Coloplast Corp. |
| 2:15-cv-13290 | Barbara Blaukamp, et al. v. Coloplast Corp. |
| 2:15-cv-13295 | Sherry Brewington, et al. v. Coloplast Corp. |
| 2:15-cv-13300 | Tereena Barnes, et al. v. Coloplast Corp. |
| 2:15-cv-13642 | Marcia Diane Carothers, et al. v. Coloplast Corp. |
| 2:15-cv-14350 | Bonnie Stiles, et al. v. Coloplast Corp. |
| 2:16-cv-00310 | Michelle G. Ayers, et al. v. Coloplast Corp. |